**PRICE LAW GROUP, APC**
Steven Alpert (NV Bar #: 8353)
420 S. Jones Blvd.
Las Vegas, NV 89107
P: 818-907-2030
Fax: 866-401-1457
*Attorneys for Plaintiff, Melanie Chaney*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT NEVADA – LAS VEGAS**

| | |
|---|---|
| MELANIE CHANEY,<br><br>　　　　　Plaintiffs,<br>　vs.<br><br>BAYVIEW LOAN SERVICING, LLC<br><br>　　　　　Defendant(s). | Case No.: 2:16-cv-1418<br><br>**SIPULATON AND ORDER TO STAY DISCOVERY PENDING RULING ON MOTION TO DISMISS**<br><br>**(First Request)** |

Plaintiff, MELANIE CHANEY ("Plaintiff"), and Defendant Bayview Loan Servicing, LLC. ("Bayview"), hereby stipulate and agree to stay all discovery pending the Court's ruling on Defendant's Motion to Dismiss. Federal district courts have "wide discretion in controlling discovery." *Little v. City of Seattle,* 863 F.2d 681,685 (9th Cir.1988). A district court may stay discovery based on the filing of a motion that is "potential dispositive of the entire case. "*Tradebay, LLC v. eBay, Inc.,* 278 F.R.D. 597,601 (D.Nev.2011). *Ministerio Roca Solidav. U.S. Dep't of Fish&Wildfilfe*, 288 F.R.D.500,506 (D.Nev.2013).  Both Plaintiff and Defendant believe that it is in the parties best interest not to incur substantial fees and costs conducting discovery while the motion is pending. This motion is brought for judicial economy and not for any dilatory purpose.

1

The pending motion raises purely legal issues that can be resolved without discovery. As such it is within the court's power to grant a stay of discovery at this time. This is the parties first request for a stay of discovery, and is not intended to cause any delay or prejudice to any party. A trial date has not yet been set in this case.

Dated this 3rd day of October, 2016.

| **KERMAN LLP** | **PRICE LAW GROUP, APC** |
|---|---|
| /s/Natalie L. Winslow<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ<br>Nevada Bar No. 12125<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144<br><br>Attorneys for Bayview Loan Servicing, LLC. | /s/ Steve Alpert, Esq<br>STEVEN ALPERT, ESQ.<br>Nevada Bar No. 8353<br>420 S. Jones Blvd.<br>Las Vegas, Nevada 89107<br><br>Attorney for Melanie Chaney |

**IT IS SO** IT IS SO ORDERED.

DATED: October 4, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2